UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KANCHANJOT SINGH,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26cv1596 DRL-SJF

ORDER

Immigration detainee Kanchanjot Singh, by counsel, moves for leave to file an amended habeas petition. A habeas petition "may be amended or supplemented as provided in the rules of civil procedure applicable to civil actions." 28 U.S.C. § 2242; *see also Mayle v. Felix*, 545 U.S. 644, 655 (2005) (applying Federal Rule of Civil Procedure 15 to habeas petition filed under 28 U.S.C. § 2254). Under the Federal Rules, "[l]eave to amend is to be 'freely given when justice so requires.'" *Liu v. T&H Machine*, 191 F.3d 790, 794 (7th Cir. 1999) (citations omitted).

Here, Mr. Singh explains that he wishes to add a new claim based on information about his detention provided by the government in its response to his original petition. He states he was unaware of this information until the government's response was filed. He moved to file the amended petition only four days after receiving the government's response. In the interest of justice, the motion will be granted.

For these reasons, the court:

(1) GRANTS the petitioner's motion for leave to amend (ECF 9);

(2) DIRECTS the clerk to separately docket the proposed amended petition (ECF 9-1) and attached exhibits (ECF 9-2) as of the date of this order;

(3) GRANTS the Warden until **November 30, 2026,** to file a supplemental response addressing the amended petition; and

(4) GRANTS the petitioner until **December 4, 2026**, to file a supplemental reply in support of his amended petition.

SO ORDERED on November 20, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge